UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.    CV04-7378-SVW(JTLx)                                  Date: February 7, 2005

Title:  Hemalatha Salgado vs. Sitadevi Ranjani Gunawardane, et al.

------------------------------------------------------------------------------------------------

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Mark Schweitzer | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

Meredith E. Kotler                                              Guy N. Webster
Jenny L. Dixon


PROCEEDINGS:   PLTF'S MTN FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES
               (fld 01/14/05)


   Hearing held. The Court grants motion. Defendants have ten days to answer amended complaint. The Court declines to vacate trial date. Defendants are ordered to file, no later than March 7, 2005, a declaration for every witness that will testify at trial. For witnesses that are out of the country, their declarations will be due no later than March 14, 2005.

DOCKETED ON CM
FEB 15 2005
BY _____ 076

27    30
Initials of Deputy Clerk

CV-90 (10/98)                           CIVIL MINUTES - GENERAL