1  DAVID J. BERGER, State Bar No. 147645
   JENNY L. DIXON, State Bar No. 192638
2  WILSON SONSINI GOODRICH & ROSATI
3  One Market, Spear Tower, Suite 3300
   San Francisco, California 94105-1126
4  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
5

6  MEREDITH E. KOTLER (Admitted pro hac vice)
   WILSON SONSINI GOODRICH & ROSATI
7  12 East 49th Street, 30th Floor
   New York, New York 10017-8203
8  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
9

10 ROBERT RUBIN, State Bar No. 85084
   PHILIP HWANG, State Bar No. 185070
11 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
12 131 Steuart Street, Suite 400
   San Francisco, California 94105
13 Telephone: (415) 543-9444
14 Facsimile: (415) 543-0296

15 Attorneys for Plaintiff
   HEMALATHA SALGADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HEMALATHA SALGADO, | Case No. CV04-7378 SVW (JTLx) |
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SITADEVI RANJANI GUNAWARDANE, an individual; SISIRA GUNAWARDANE, an individual; JALIYA GUNAWARDANE, an individual; and LISA GUNAWARDANE, an individual, | |
| Defendants. | |

STIPULATED REQUEST AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
CASE No. CV04-1378 SVW (JTLx)

2654099_2 DOC

## STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff Hemalatha Salgado ("Plaintiff") filed a Complaint for Damages against defendants Sisira Gunawardane, Sitadevi Ranjani Gunawardane, Jaliya Gunawardane and Lisa Gulli Gunawardane ("Defendants") on September 3, 2004 (the "Action");

WHEREAS, the parties in the Action have agreed to settle, compromise, and dismiss this Action pursuant to a Settlement Agreement;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 16-14.7, Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the following:

1. Plaintiff dismisses the Action with prejudice as to all Defendants;
2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DATED: ~~May~~ June 6, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By /s/ Jenny L. Dixon
Jenny L. Dixon, Attorneys for Plaintiff

DATED: ~~May~~ June 9, 2005

LYNBERG & WATKINS

By /s/ Guy N. Webster
Guy N. Webster, Attorneys for Defendants

STIPULATED REQUEST AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
CASE No. CV04-1378 SVW (JTLx)

- 1 -

2654099_2.DOC

1 **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2   Based on the foregoing, the Court orders that:

3   1. The Action, Case No. CV04-1378 SVW (JTLX), is dismissed with prejudice as to all Defendants;

5   2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

9 DATED: 6/13/05    By _____
    STEPHEN V. WILSON
    UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE No. CV04-1378 SVW (JTLx)
- 2 -
2654099_2 DOC

| | |
|---|---|
| 1 | **Salgado v. Guawardane, et al.** |
| 2 | **PROOF OF SERVICE** |
| 3 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, 16th Floor, Los Angeles, California 90017.

On **June 09, 2005,** I served the foregoing document described as follows: **STIPULATED REQUEST AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Chan S. Park, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050
(650) 493-9300 Telephone
(650) 493-6811 Facsimile

Robert Rubin, Esq.
Lawyers' Committee For Civil Rights of The San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, California 94105
(415) 543-9444 Telephone
(415) 543-0296 Facsimile

__X__ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date this affidavit states the document was deposited for mailing.

____ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

____ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the respective telephone numbers indicated. A transmission report was properly issued and each transmission was reported complete and without error.

____ **(BY FEDERAL EXPRESS)** I caused such document to be delivered to the firms indicated on the attached list via Federal Express, by placing the document in an envelope designated by the carrier, addressed as indicated on the attached list, with the delivery fees provided for, and deposited for daily distribution by said carrier.

____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 09, 2005 at Los Angeles, California.

_____
NIEKA GORE

F:\WP\Cal-team\GNW\2025-0001 Salgado\Proof of Service.wpd